# EXHIBIT "A"

```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION



          Case No:   2:19-cv-00551-FtM-66MRM


FABIANO B. PINTO,

          Plaintiff,

   vs.

COLLIER COUNTY, SLR NAPLES CORP.,
individually and in their official
capacities, KEVIN J. RAMBOSK, MATTHEW
A. KINNEY, JOSHUA CAMPOLO, ADAM J.
DILLMAN, STEVE MAHOLTZ, FRANK C.
PISANO, JR., BECKI A. THOMAN, JAY
MULHOLLAND, JAMES BYERS, STERGIOS
TALLIDE and JASON BURO,

          Defendants.
_____/




             Deposition of FABIANO PINTO
                  (Pages 1 through 153)
      (APPEARING REMOTELY FROM COLLIER COUNTY, FLORIDA)


             Thursday, September 17, 2020
                 9:01 a.m. - 12:33 p.m.




             Stenographically Reported By:
               MAUREEN A. SINTIC, CSR, FPR
               Certified Shorthand Reporter
               Florida Professional Reporter
        (APPEARING REMOTELY FROM LEE COUNTY, FLORIDA)
```

```
 1   information.  We had our video that showed Campolo
 2   coming up.  That's the information that I have, the same
 3   one as you.
 4       Q.  So your evidence is just his presence at the
 5   scene if I understand you correctly?
 6       A.  That's our evidence.  That's everybody's
 7   evidence.
 8       Q.  You understand you're suing the sheriff in his
 9   individual capacity?  Do you know that?
10       A.  Yes.  Sheriff is responsible for their cops.
11       Q.  That's not the allegation in the complaint.
12   The allegation in the complaint is that the sheriff was
13   there directing the deputies to take action against you.
14   Do you understand that?  You don't understand that, or
15   you don't know that?
16       A.  I'm saying -- I alleged that the sheriff --
17   when you say sheriff, do you mean Rambosk or whatever
18   his name is?
19       Q.  I meant to ask you that.  Do you know the
20   sheriff's name?
21       A.  Sheriff Rambosk, yes.
22       Q.  And I can read you the allegations of the
23   complaint.  Defendant Rambosk -- this is paragraph 64.
24   "Defendant Rambosk personally directed his deputy
25   sheriffs to either corroborate Deputy Kinney's clearly
```

```
 1   false rendition of events."
 2            Do you understand that is what the complaint
 3   alleges, the sheriff directed his deputies to take
 4   action against you?
 5       A.   If -- I mean -- I don't necessarily remember
 6   what I said; but that sounds -- he wasn't there
 7   personally.
 8       Q.   So you know that he wasn't there personally?
 9       A.   Correct.
10       Q.   You never saw the sheriff there?
11       A.   Uh-uh.
12       Q.   Correct?
13       A.   No, sir.  No, sir.  Sorry.
14       Q.   Other than anything that has been told to you
15   by your attorneys have you heard anything from any
16   source besides what I mentioned earlier that the sheriff
17   took any action directed to you?
18       A.   I have not.
19       Q.   Are you aware that it's the sheriff's
20   intention to seek sanctions against you for making the
21   allegations of his personal involvement?
22       A.   Am I aware of what?
23       Q.   That the sheriff has indicated his intention
24   to seek sanctions against you, the plaintiff, for making
25   allegations that he personally took action against you?
```