UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FABIANO B. PINTO,

    Plaintiff,

v.                                        Case No:  2:19-cv-551-JLB-NPM

KEVIN J. RAMBOSK, MATTHEW A. KINNEY, JOSHUA CAMPOLO, ADAM J. DILLMAN, STEVE MAHOLTZ, FRANK C. PISANO, JR., BECKI A. THOMAN, JAY MULHOLLAND, and JAMES BYERS,

    Defendants.
_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 220), recommending that the Court grant, in part, Defendants' Supplemental Motion to Determine Attorneys' Fees (Doc. 213). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 220) is **ADOPTED** and made part of this Order for all purposes.

2. Defendants' Supplemental Motion to Determine Attorneys' Fees (Doc. 213) is **GRANTED in part**.

3. The Clerk of Court is **DIRECTED** to enter an amended judgment in favor of Defendants Sheriff Kevin J. Rambosk, in his official capacity as Sheriff of Collier County, Florida, Joshua Campolo, Adam J. Dillman, Steve Maholtz, Frank C. Pisano, Jr., Becki A. Thoman, Jay Mulholland, and James Byers in the amount of $4,329.99 for attorney's fees.

**ORDERED** at Fort Myers, Florida on April 1, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE